JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.R., a minor, by and through his guardian ad litem R.R.,, <br><br> Plaintiff, <br><br> v. <br><br> REDONDO BEACH UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.   2:20-cv-06307-JFW-MAAx <br><br> **JUDGMENT** |

A Court Trial was scheduled for July 21, 2021. After reviewing the record in this action, the Court concluded that a trial was not necessary and gave the parties the option to consenting or objecting to the trial being vacated. Both parties consented to the vacating of the trial and the Court Trial was vacated. After considering the administrative record, the briefs, and arguments therein, on September 3, 2021, the Court entered Findings of Fact and Conclusion of Law.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

The Court affirms the ALJ's decision that the District did not deny Student a free and appropriate public education ("FAPE").

Defendant Redondo Beach Unified School District shall have judgment against Plaintiff D.R., a minor, by and through his guardian ad litem R.R.;

JUDGMENT

1  Plaintiff D.R., a minor, by and through his guardian ad litem R.R., shall
2  recover nothing from Defendant Redondo Beach Unified School District; and
3  Plaintiff D.R., a minor, by and through his guardian ad litem R.R., and
4  Defendant Redondo Beach Unified School District shall each bear their own costs.
5  The Clerk is ordered to enter this Judgment.

Dated: September 8, 2021

_____
Honorable Judge John F. Walter
United States District Court, Central District of California